UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20084-CR-King/Garber

UNITED STATES OF AMERICA,

v.

OCTAVIUS ALLEN,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge James Lawrence King for a change of plea. Upon due consideration, it is hereby

**ORDERED that a change of plea hearing shall be held before the undersigned on Monday, the 5th day of April, 2010, at 10:00 A.M. in the James Lawrence King Federal Justice Building, Courtroom 4, Tenth Floor, 99 N.E. 4th Street, Miami, Florida 33132. Sentencing is scheduled for Thursday, June 3, 2010, at 10:00 A.M. in Courtroom II, Eleventh Floor.**

DONE AND ORDERED in Chambers at Miami, Florida this 30th day of March, 2010.

                                                BARRY L. GARBER
                                                UNITED STATES MAGISTRATE JUDGE